Carolyn H. Cottrell (SBN 166977)
*ccottrell@schneiderwallace.com*
Ori Edelstein (SBN 268145)
*oedelstein@schneiderwallace.com*
Eugene Zinovyev (SBN 267245)
*ezinovyev@schneiderwallace.com*
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA  94608
Telephone:   (415) 421-7100
Facsimile:    (415) 421-7105

Attorneys for Plaintiffs
HA NGUYEN, ALEX BHAGATRAM,
ALICIA TAYLOR, SORAYA LODIN,
TEYANI CISNEROS, and MICHAEL WEBSTER
and the Class and Collective

*[defense counsel on next page]*

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HA NGUYEN, ALEX BHAGATRAM, ALICIA TAYLOR, SORAYA LODIN, TEYANI CISNEROS, and MICHAEL WEBSTER, individuals, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>BLOOMINGDALE'S, LLC; MACY'S, INC.; and DOES 1 through 100, inclusive,<br><br>*Defendants*. | Case No. 4:23-cv-00768-YGR<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO CLASS AND COLLECTIVE ACTION COMPLAINT**<br><br>**[L.R. 6-1(a)]** |

///

///

///

///

///

1

| | |
|---|---|
| 1 | Cary G. Palmer (SBN 186601) |
|   | *cary.palmer@jacksonlewis.com* |
| 2 | Erika M. Barbara (SBN 215702) |
|   | *erika.barbara@jacksonlewis.com* |
| 3 | Keelia K. Lee (SBN 346549) |
|   | *keelia.lee@jacksonlewis.com* |
| 4 | JACKSON LEWIS P.C. |
|   | 400 Capitol Mall, Suite 1600 |
| 5 | Sacramento, CA  95814 |
|   | Telephone:  (916) 341-0404 |
| 6 | Facsimile:    (916) 341-0141 |
| 7 | Philip J. Smith (SBN 232462) |
|   | *philip.smith@jacksonlewis.com* |
| 8 | Chelsea A. Whelan (SBN 282993) |
|   | *chelsea.whelan@jacksonlewis.com* |
| 9 | JACKSON LEWIS P.C. |
|   | 50 California Street, 9th Floor |
| 10 | San Francisco, CA  94111 |
|   | Telephone:  (415) 394-9400 |
| 11 | Facsimile:    (415) 394-9401 |
| 12 | Michael C. Christman (SBN 319758) |
|   | *michael.christman@macys.com* |
| 13 | MACY'S LAW DEPARTMENT |
|   | 11477 Olde Cabin Road, Suite 400 |
| 14 | St. Louis, MO  63141 |
|   | Telephone:  (314) 342-6334 |
| 15 | |
| 16 | Attorneys for Defendants |
|   | BLOOMINGDALE'S, LLC and MACY'S, INC. |
| 17 | |
| ... | |
| 27 | /// |
| 28 | /// |

**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO CLASS AND COLLECTIVE ACTION COMPLAINT**

TO THE HONORABLE COURT:

WHEREAS, Plaintiffs Ha Nguyen, Alex Bhagatram, Alicia Taylor, Soraya Lodin, Teyani Cisneros, and Michael Webster ("Plaintiffs") filed their Class and Collective Action Complaint ("Complaint") on February 21, 2023 [Dkt. 1], and served their Complaint on Defendants Bloomingdale's, LLC and Macy's, Inc. ("Defendants") on February 27, 2023 [Dkt. 9, 10];

WHEREAS, the Parties agreed to one prior extension of Defendants' responsive pleading deadline [Dkt. 12];

WHEREAS, Defendants' response to Plaintiffs' Complaint is currently due on April 10, 2023; and

WHEREAS, the extension will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED, pursuant to Local Rule 6-1(a), by and between the Parties, through their undersigned counsel, that Defendants shall have an extension of time up to and including May 1, 2023, to file a response to Plaintiffs' Complaint.

Respectfully submitted,

Dated: April 5, 2023

SCHNEIDER WALLACE
COTTRELL KONECKY LLP

By: */s/ Eugene Zinovyev*
Carolyn H. Cottrell
Ori Edelstein
Eugene Zinovyev

Attorneys for Plaintiffs HA NGUYEN, ALEX BHAGATRAM, ALICIA TAYLOR, SORAYA LODIN, TEYANI CISNEROS, and MICHAEL WEBSTER and the Class and Collective

Dated: April 5, 2023

JACKSON LEWIS P.C.

By: /s/ Erika M. Barbara
Cary G. Palmer
Erika M. Barbara
Philip J. Smith

Attorneys for Defendants
BLOOMINGDALE'S, LLC and
MACY'S, INC.

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: April 5, 2023

/s/ Erika M. Barbara
Erika M. Barbara