1   Carolyn H. Cottrell (SBN 166977)
    *ccottrell@schneiderwallace.com*
2   Ori Edelstein (SBN 268145)
    *oedelstein@schneiderwallace.com*
3   Eugene Zinovyev (SBN 267245)
    *ezinovyev@schneiderwallace.com*
4   SCHNEIDER WALLACE
    COTTRELL KONECKY LLP
5   2000 Powell Street, Suite 1400
    Emeryville, CA  94608
6   Telephone:  (415) 421-7100
    Facsimile:   (415) 421-7105
7
    Attorneys for Plaintiffs
8   HA NGUYEN, ALEX BHAGATRAM,
    ALICIA TAYLOR, SORAYA LODIN,
9   TEYANI CISNEROS, and MICHAEL WEBSTER
    and the Class and Collective
10
11  *[defense counsel on next page]*
12              UNITED STATES DISTRICT COURT
13             NOTHERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| 15  HA NGUYEN, ALEX BHAGATRAM, ALICIA TAYLOR, SORAYA LODIN, TEYANI CISNEROS, and MICHAEL WEBSTER, individuals, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>BLOOMINGDALE'S, LLC; MACY'S, INC.; and DOES 1 through 100, inclusive,<br><br>*Defendants*. | Case No. 4:23-cv-00768-YGR<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO CLASS AND COLLECTIVE ACTION COMPLAINT**<br><br>**[L.R. 6-1(a)]** |

23
24  ///
25  ///
26  ///
27  ///
28  ///

1

1    Cary G. Palmer (SBN 186601)
     *cary.palmer@jacksonlewis.com*
2    Erika M. Barbara (SBN 215702)
     *erika.barbara@jacksonlewis.com*
3    Keelia K. Lee (SBN 346549)
     *keelia.lee@jacksonlewis.com*
4    JACKSON LEWIS P.C.
     400 Capitol Mall, Suite 1600
5    Sacramento, CA  95814
     Telephone:  (916) 341-0404
6    Facsimile:   (916) 341-0141

7    Philip J. Smith (SBN 232462)
     *philip.smith@jacksonlewis.com*
8    Chelsea A. Whelan (SBN 282993)
     *chelsea.whelan@jacksonlewis.com*
9    JACKSON LEWIS P.C.
     50 California Street, 9th Floor
10   San Francisco, CA  94111
     Telephone:  (415) 394-9400
11   Facsimile:   (415) 394-9401

12   Michael C. Christman (SBN 319758)
     *michael.christman@macys.com*
13   MACY'S LAW DEPARTMENT
     11477 Olde Cabin Road, Suite 400
14   St. Louis, MO  63141
     Telephone:  (314) 342-6334

15

16   Attorneys for Defendants
     BLOOMINGDALE'S, LLC and MACY'S, INC.

17

18

19

20

21

22

23

24

25

26

27   ///

28   ///

2

1
2

## STIPULATION TO EXTEND TIME TO FILE RESPONSE TO CLASS AND COLLECTIVE ACTION COMPLAINT

3 TO THE HONORABLE COURT:

4      WHEREAS, Plaintiffs Ha Nguyen, Alex Bhagatram, Alicia Taylor, Soraya Lodin,

5 Teyani Cisneros, and Michael Webster ("Plaintiffs") filed their Class and Collective Action

6 Complaint ("Complaint") on February 21, 2023 [Dkt. 1], and served their Complaint on

7 Defendants Bloomingdale's, LLC and Macy's, Inc. ("Defendants") on February 27, 2023

8 [Dkt. 9, 10];

9      WHEREAS, the Parties agreed to two prior extensions of Defendants' responsive pleading

10 deadline [Dkt. 12];

11      WHEREAS, Defendants' response to Plaintiffs' Complaint is currently due on May 1,

12 2023; and

13      WHEREAS, the extension will not alter the date of any event or any deadline already fixed

14 by Court order;

15      NOW, THEREFORE, IT IS HEREBY STIPULATED, pursuant to Local Rule 6-1(a), by

16 and between the Parties, through their undersigned counsel, that Defendants shall have an

17 extension of time up to and including May 22, 2023, to file a response to Plaintiffs' Complaint.

18                                      Respectfully submitted,

19 Dated:  April 26, 2023               SCHNEIDER WALLACE
                                        COTTRELL KONECKY LLP
20

21
22                                      By: _/s/ Eugene Zinovyev_____
                                              Carolyn H. Cottrell
23                                            Ori Edelstein
                                              Eugene Zinovyev
24                                      Attorneys for Plaintiffs HA NGUYEN,
                                        ALEX BHAGATRAM, ALICIA TAYLOR,
25                                      SORAYA LODIN, TEYANI CISNEROS,
                                        and MICHAEL WEBSTER and the Class
26                                      and Collective

27
28

1   Dated:  April 26, 2023                          JACKSON LEWIS P.C.

2

3                                                   By:  /s/ Erika M. Barbara
                                                        Cary G. Palmer
4                                                       Erika M. Barbara
                                                        Philip J. Smith
5
                                                    Attorneys for Defendants
6                                                   BLOOMINGDALE'S, LLC and
                                                    MACY'S, INC.
7

8                          **SIGNATURE ATTESTATION**

9        I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted,

10  concur in the filing's content and have authorized the filing.

11

12  Dated:  April 26, 2023                           /s/ Erika M. Barbara
                                                     Erika M. Barbara
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28