1  Carolyn H. Cottrell (SBN 166977)
   *ccottrell@schneiderwallace.com*
2  Ori Edelstein (SBN 268145)
   *oedelstein@schneiderwallace.com*
3  Eugene Zinovyev (SBN 267245)
   *ezinovyev@schneiderwallace.com*
4  SCHNEIDER WALLACE
   COTTRELL KONECKY LLP
5  2000 Powell Street, Suite 1400
   Emeryville, CA  94608
6  Telephone:  (415) 421-7100
   Facsimile:  (415) 421-7105
7
   Attorneys for Plaintiffs
8  HA NGUYEN, ALEX BHAGATRAM,
   ALICIA TAYLOR, SORAYA LODIN,
9  TEYANI CISNEROS, and MICHAEL WEBSTER
   and the Class and Collective
10
11 *[defense counsel on next page]*
12                 UNITED STATES DISTRICT COURT
13                 NORTHERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| 15  HA NGUYEN, ALEX BHAGATRAM, ALICIA TAYLOR, SORAYA LODIN, 16  TEYANI CISNEROS, and MICHAEL WEBSTER, individuals, 17  on behalf of themselves and all others similarly situated, 18          *Plaintiffs*, 19  vs. 20  BLOOMINGDALE'S, LLC; MACY'S, INC.; 21  and DOES 1 through 100, inclusive, 22          *Defendants*. 23 | Case No. 4:23-cv-00768-YGR  **JOINT STIPULATION AND [PROPOSED] ORDER SUBMITTING ALL CLAIMS OF PLAINTIFFS HA NGUYEN, ALICIA TAYLOR, SORAYA LODIN, TEYANI CISNEROS, AND MICHAEL WEBSTER TO INDIVIDUAL ARBITRATION** |

24  ///
25  ///
26  ///
27  ///
28  ///

                                    1

Joint Stipulation and [Proposed] Order Submitting All Claims of
Plaintiff Ha Nguyen, Alicia Taylor, Soraya Lodin, Teyani Cisneros
and Michael Webster to Individual Arbitration                        Case No. 4:23-cv-00768-YGR

1  Cary G. Palmer (SBN 186601)
   *cary.palmer@jacksonlewis.com*
2  Erika M. Barbara (SBN 215702)
   *erika.barbara@jacksonlewis.com*
3  Keelia K. Lee (SBN 346549)
   *keelia.lee@jacksonlewis.com*
4  JACKSON LEWIS P.C.
   400 Capitol Mall, Suite 1600
5  Sacramento, CA  95814
   Telephone:  (916) 341-0404
6  Facsimile:    (916) 341-0141

7  Philip J. Smith (SBN 232462)
   *philip.smith@jacksonlewis.com*
8  Chelsea A. Whelan (SBN 282993)
   *chelsea.whelan@jacksonlewis.com*
9  JACKSON LEWIS P.C.
   50 California Street, 9th Floor
10 San Francisco, CA  94111
   Telephone:  (415) 394-9400
11 Facsimile:    (415) 394-9401

12 Michael C. Christman (SBN 319758)
   *michael.christman@macys.com*
13 MACY'S LAW DEPARTMENT
   11477 Olde Cabin Road, Suite 400
14 St. Louis, MO  63141
   Telephone:  (314) 342-6334
15
   Attorneys for Defendants
16 BLOOMINGDALE'S, LLC and MACY'S, INC.

17

18

19

20

21

22

23

24

25

26

27 ///

28 ///

2

Joint Stipulation and [Proposed] Order Submitting All Claims of
Plaintiff Ha Nguyen, Alicia Taylor, Soraya Lodin, Teyani Cisneros
and Michael Webster to Individual Arbitration

Case No. 4:23-cv-00768-YGR

1  TO THE HONORABLE COURT:

2  Plaintiffs Ha Nguyen, Alex Bhagatram, Alicia Taylor, Soraya Lodin, Teyani Cisneros, and Michael Webster (collectively, "Plaintiffs") and Defendants Bloomingdale's, LLC and Macy's, Inc. (collectively, "Defendants") (collectively, "the Parties"), by and through their respective counsel, do hereby stipulate and agree as follows:

6  WHEREAS, five of the six Plaintiffs—Ha Nguyen, Alicia Taylor, Soraya Lodin, Teyan Cisneros, and Michael Webster (hereinafter, the "Arbitration-Eligible Plaintiffs")—agreed to arbitrate all employment-related claims against Defendants on an individual basis;

9  WHEREAS, at the time the Arbitration-Eligible Plaintiffs were hired by Defendant Bloomingdale's, LLC, the Arbitration-Eligible Plaintiffs agreed to arbitrate their employment-related claims on an individual basis under the Solutions InSTORE Program by acknowledging receipt of an offer of arbitration at the time of hire and then not opting out of arbitration within the prescribed time period;

14  WHEREAS, Plaintiffs Ha Nguyen, Alicia Taylor, Teyani Cisneros, and Michael Webster agreed to arbitrate all their respective employment-related claims on an individual basis pursuant to the rules and procedures set forth in the Solutions InSTORE Plan Document effective June 1, 2014 ("2014 Arbitration Agreement"), attached hereto as **Exhibit A**;

18  WHEREAS, Plaintiff Soraya Lodin agreed to arbitrate all her respective employment-related claims on an individual basis pursuant to the rules and procedures set forth in the Solutions InSTORE Plan Document effective January 1, 2007 ("2007 Arbitration Agreement"), attached hereto as **Exhibit B**;

22  WHEREAS, Plaintiffs filed their Class and Collective Action Complaint ("Complaint") on February 21, 2023 [Dkt. 1], alleging claims for: (1) violation of the Fair Labor Standards Act; (2) failure to pay minimum wages; (3) failure to pay overtime wages; (4) failure to authorize and permit and/or make available meal and rest periods; (5) failure to provide timely and accurate

26  ///

27  ///

28  ///

3

Joint Stipulation and [~~Proposed~~] Order Submitting All Claims of
Plaintiff Ha Nguyen, Alicia Taylor, Soraya Lodin, Teyani Cisneros
and Michael Webster to Individual Arbitration

Case No. 4:23-cv-00768-YGR

itemized wage statements; (6) failure to reimburse business expenses; (7) waiting time penalties; and (8) unlawful business practices ("the Action").

WHEREAS, the Parties agree that all the claims asserted by the Arbitration-Eligible Plaintiffs fall within the scope of their respective arbitration agreements. As such, the Arbitration-Eligible Plaintiffs hereby agree to submit all the claims they asserted in the Action to binding arbitration on an individual basis pursuant to the terms of their respective arbitration agreements.

IT IS HEREBY JOINTLY STIPULATED AND AGREED, by and between the Parties through their respective counsel of record, as follows:

1. The Arbitration-Eligible Plaintiffs' claims as asserted in the Action will be submitted to final and binding individual arbitrations pursuant to the terms of the Arbitration-Eligible Plaintiffs' respective arbitration agreements;

2. Consistent with the terms of their respective arbitration agreements, the Arbitration-Eligible Plaintiffs will initiate individual arbitration proceedings with the American Arbitration Association;

3. The Arbitration-Eligible Plaintiffs' claims in the Action shall be stayed and this Court shall retain jurisdiction of same pending the conclusion of their respective individual arbitration proceedings;

4. Plaintiff Alex Bhagatram will proceed in court with his employment-related claims as asserted in the Action;

5. Defendants will respond to the Complaint in this Court as to Plaintiff Alex Bhagatram on or before May 22, 2023; and

///

///

///

///

///

///

4

Joint Stipulation and [Proposed] Order Submitting All Claims of
Plaintiff Ha Nguyen, Alicia Taylor, Soraya Lodin, Teyani Cisneros
and Michael Webster to Individual Arbitration                    Case No. 4:23-cv-00768-YGR

6. Defendants reserve all rights and defenses and nothing contained in this Joint Stipulation shall constitute a waiver of any such rights and defenses.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: May 19, 2023

SCHNEIDER WALLACE
COTTRELL KONECKY LLP

By: */s/ Eugene Zinovyev*
Carolyn H. Cottrell
Ori Edelstein
Eugene Zinovyev

Attorneys for Plaintiffs HA NGUYEN, ALEX BHAGATRAM, ALICIA TAYLOR, SORAYA LODIN, TEYANI CISNEROS, and MICHAEL WEBSTER and the Class and Collective

Dated: May 19, 2023

JACKSON LEWIS P.C.

By: */s/ Erika M. Barbara*
Cary G. Palmer
Erika M. Barbara
Philip J. Smith

Attorneys for Defendants
BLOOMINGDALE'S, LLC and
MACY'S, INC.

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: May 19, 2023

*/s/ Erika M. Barbara*
Erika M. Barbara

5

Joint Stipulation and [~~Proposed~~] Order Submitting All Claims of
Plaintiff Ha Nguyen, Alicia Taylor, Soraya Lodin, Teyani Cisneros
and Michael Webster to Individual Arbitration

Case No. 4:23-cv-00768-YGR

**[PROPOSED] ORDER**

Based on the Joint Stipulation of the Parties and good cause having been shown, **IT IS HEREBY ORDERED** that:

1. The claims of Plaintiffs Ha Nguyen, Alicia Taylor, Soraya Lodin, Teyani Cisneros, and Michael Webster ("Arbitration-Eligible Plaintiffs") against Defendants as asserted in the Action are subject to binding arbitration on an individual basis pursuant to the terms of their respective arbitration agreements with Defendant Bloomingdale's, LLC;

2. The Arbitration-Eligible Plaintiffs shall initiate arbitrations on an individual basis with the American Arbitration Association pursuant to the terms of their respective arbitration agreements;

3. The claims of the Arbitration-Eligible Plaintiffs shall be stayed and this Court shall retain jurisdiction over them pending the conclusion of their respective individual arbitrations;

4. The Parties are ordered to advise the Court within thirty (30) days of the completion of each individual arbitration; and

5. Failure to comply with this Court's Order may result in dismissal.

**IT IS SO ORDERED.**

Dated: May 23, 2023

HON. YVONNE GONZALEZ ROGERS
U.S. DISTRICT COURT JUDGE

6

Joint Stipulation and [Proposed] Order Submitting All Claims of
Plaintiff Ha Nguyen, Alicia Taylor, Soraya Lodin, Teyani Cisneros
and Michael Webster to Individual Arbitration               Case No. 4:23-cv-00768-YGR